STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES F. JOHNSON, DEFENDANT-APPELLANT.

September 29, 1981.

*Susan Green*, Assistant Public Defender, for defendant-appellant (*Stanley C. Van Ness*, Public Defender, attorney).

*Marc J. Friedman*, Deputy Attorney General, for plaintiff-respondent (*James R. Zazzali*, Attorney General, attorney).

## ORDER

This matter having been duly considered on the record below and the arguments of counsel, and good cause appearing;

It is ORDERED that the judgment of the Superior Court, Appellate Division, 176 *N.J.Super.* 1, is affirmed substantially for the reasons expressed in the dissenting opinion of Judge Coleman on the temporary remand to the Superior Court [87 *N.J.* 335] Law Division—Resentencing Panel, filed June 12, 1981, 182 N.J.Super. 1.